# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KARIM CARRION,**

        **Plaintiff,**

**v.**                                              **Case No: 6:20-cv-2188-GKS-JBT**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

# ORDER

THIS CAUSE comes before the Court upon Defendant, Commissioner of Social Security's, Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to Defendant (Doc. 23) (Motion). Defendant states that

> [o]n remand, the Administrative Law Judge will be instructed to obtain supplemental vocational evidence, resolving inconsistencies between the residual functional capacity of the jobs identified and the Dictionary of Occupational Titles pursuant Social Security Ruling 00-4p. The Administrative Law Judge should update the administrative record, offer the claimant the opportunity for a hearing, and issue a new decision.

(Doc. 23:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On December 13, 2021, the United States Magistrate Judge issued a Report and Recommendation, (Doc. 24), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered in favor of Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED,** and made part of this Order for all purposes, including appellate review.

    2. Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to Defendant (Doc. 23) is **GRANTED**.

    3. The final decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in the Motion.

    4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Karim Carrion, and against Defendant Commissioner of Social Security and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this _30_ day of December, 2021.

                              G. KENDALL SHARP
                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties